UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL ANTHONY BRYANT.<br><br>Defendant. | Criminal No. 25-cr-00274 (TNM) |

### ORDER

Upon consideration of the government's motion to dismiss the complaint without prejudice, and for good cause shown, it is hereby: ORDERED that the motion is GRANTED. The information against Mr. Bryant is hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that the initial status conference scheduled for October 2, 2025 at 10:00 a.m. is VACATED.

SO ORDERED.

Date: 9/29/25

TREVOR N. MCFADDEN
United States District Judge